```
 1  TRACY L. WILKISON
    Attorney for the United States, Acting Under
 2  Authority Conferred by 28 U.S.C. § 515
    STEPHANIE S. CHRISTENSEN (Cal. Bar No. 236653)
 3  Executive Assistant United States Attorney
    PATRICK R. FITZGERALD
 4  Assistant United States Attorney
    Chief, National Security Division
 5  ANTHONY J. LEWIS (Cal. Bar No. 231825)
    Assistant United States Attorney
 6  Deputy Chief, Terrorism & Export Crimes Section
    ANIL J. ANTONY (Cal. Bar No. 258839)
 7  Assistant United States Attorney
    Cyber & Intellectual Property Crimes Section
 8       312 North Spring Street
         Los Angeles, California 90012
 9       Telephone:  (213) 894-3756/1786/6579
         Facsimile:  (213) 894-2927
10       Email:  stephanie.christensen@usdoj.gov
                 anthony.lewis@usdoj.gov
11               anil.j.antony@usdoj.gov

12  Attorneys for Applicant
    UNITED STATES OF AMERICA
```



FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2018
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE COMPLAINT, SUPPORTING AFFIDAVIT, AND ARREST WARRANT FOR PARK JIN HYOK | Case No. MJ 18-1479<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER UNSEALING COMPLAINT AND SUPPORTING AFFIDAVIT AND EXHIBITS, DETENTION REQUEST, AND ARREST WARRANT; DECLARATION OF ANTHONY J. LEWIS |
|---|---|

The government applies ex parte for an order unsealing the complaint and the supporting affidavit and exhibits, detention request, and arrest warrant, which were issued and sealed on June 8, 2018, at the request of the government, by the Honorable Rozella A. Oliver, United States Magistrate Judge for the Central District of California. As explained in the declaration of Anthony J. Lewis, although the defendant has not been arrested in connection with the

charge in the complaint, the government does not believe that these documents should be further maintained under seal, and therefore requests that the Court issue an order unsealing them.

This ex parte application is based on the attached declaration of Anthony J. Lewis.

Dated: September 5, 2018  Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

STEPHANIE S. CHRISTENSEN
Executive Assistant United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

_____
ANTHONY J. LEWIS
ANIL J. ANTONY
Assistant United States Attorneys

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF ANTHONY J. LEWIS**

I, Anthony J. Lewis, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the prosecutors representing the government in this case.

2. On June 8, 2018, the government applied to the Honorable Rozella A. Oliver, United States Magistrate Judge for the Central District of California, for a complaint (supported by an affidavit and exhibits) and an arrest warrant, supported by a detention request, relating to Park Jin Hyok, also known as ("aka") "Jin Hyok Park," aka "Pak Jin Hek" ("defendant"). The government also filed an application and proposed order requesting that these documents be sealed, although it noted that the government might later seek to unseal these documents prior to the arrest of defendant. The Court entered the order sealing these documents on June 8, 2018.

3. Although defendant has not been taken into custody on the charges contained in the complaint, the government does not believe at this point that the interests of justice, the interests of the United States, or the public's right to access are served by maintaining these documents under seal. Accordingly, the government, through this application, requests that the complaint and the

///

supporting affidavit and exhibits, the detention request, and the arrest warrant be unsealed.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED: September 5, 2018

                                              ANTHONY J. LEWIS